# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, | |
| Plaintiff, | Case No. 2:16-cv-00082-APG-GWF |
| vs. | **ORDER** |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Remove Attorney (ECF No. 11), filed on October 19, 2016.

On August 22, 2016, the Court filed and entered a judgment of dismissal and concurrently denied Plaintiff's motion for appointment of counsel. *Order* (ECF No. 4). Therefore, no attorney, including "D.A.G. Clark Leslie," appeared on Plaintiff's behalf. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remove Attorney (ECF No. 11) is **denied as moot**.

DATED this 24th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge